IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOAN SINGLETON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 05-211-GPM |
| | ) |
| SHOP N SAVE WAREHOUSE FOODS, INC., | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff and Defendant, that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed June 13, 2006, and Stipulation for Dismissal filed August 1, 2006, each party to bear their own costs.

Dated: August 4, 2006

                                            NORBERT G. JAWORKSI, Clerk of Court

                                            By:   s/ Linda M. Cook
                                                        Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**